UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MOYAL,

        Plaintiff,

  v.

MÜNSTERLAND GRUPPE GMBH & CO KG d/b/a ORIGINAL ANTIQUE FURNITURE,

        Defendant.

Case No.: 19-cv-4946

[Proposed] **ORDER ON JOINT MOTION CONCERNING DEFENDANT'S DEFAULT ON CONSENT**

THIS MATTER having been brought before the Court upon the parties' joint motion, made by and through their respective counsel of record, for an Order: (a) directing the Clerk of Court to note the default on consent of defendant Munsterland Gruppe GmbH & Co KG ("MGKG") on the docket herein; and (b) referring this matter to a magistrate judge to conduct a contested inquest on plaintiff David Moyal's alleged damages and for purposes of considering whether, and in what amount, to enter a default judgment against MGKG, as the magistrate judge deems appropriate, and the Court having considered the parties' joint submissions, and for good cause appearing:

It is hereby **ORDERED** that the parties' joint motion is GRANTED. The Clerk shall note MGKG's default on consent on the docket herein, and the matter is hereby referred to a magistrate judge pursuant to 28 U.S.C. section 636(c) for a contested damages inquest and, if the magistrate judge deems it appropriate, entry of a default judgment. An order of reference will issue separately.

Dated: March 16, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**