UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID MOYAL,
                          Plaintiff,

                                                        19 Civ. 4946 (LGS)

-against-

                                                        ORDER

MUNSTERLAND GRUPPE GMBH & CO KG,
                         Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 16, 2020, the parties' motion for default on consent was granted and the case was referred to the Magistrate Judge for a contested damages inquest and, if appropriate, entry of default judgment (Dkt. No. 56);

WHEREAS, the Civil Case Management Plan and Scheduling Order issued on January 10, 2020, scheduled a pre-motion conference on July 9, 2020, for any anticipated dispositive motions (Dkt. No. 43). It is hereby

**ORDERED** the pre-motion conference, scheduled for July 9, 2020, is **CANCELED**.

Dated: June 30, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE