USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2020

THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DAVID MOYAL,                                   :
                                               :     1:19-cv-04946 (LGS) (SDA)
      Plaintiff,                             :
                                               :
    v.                                         :     FOURTH REVISED
                                               :     SCHEDULING ORDER FOR
                                               :     DAMAGES INQUEST
MÜNSTERLAND GRUPPE GMBH & CO KG                :
d/b/a ORIGINAL ANTIQUE FURNITURE,              :
                                               :
      Defendant.                             :
---------------------------------------------------------------x

STEWART D. AARON, United States Magistrate Judge:

    WHEREAS, by Order dated March 16, 2020, Judge Schofield granted a default judgment against Defendant Münsterland Gruppe GmbH & Co. KG on consent (ECF No. 56) and referred this case to me to conduct a contested inquest concerning Plaintiff's damages (ECF No. 57); and

    WHEREAS, pursuant to Plaintiff's request, with Defendant's consent, this Court entered three revised Scheduling Orders for Damages Inquest extending Plaintiff's time to serve and file Proposed Findings of Fact and Conclusions of Law concerning all damages and any other monetary relief permitted under the entry of default judgment to no later than Monday, July 13, 2020; and

    WHEREAS, Plaintiff filed his Proposed Findings of Fact and Conclusions of Law on July 13, 2020, and Defendant, under the Third Revised Scheduling Order currently in place, has until Wednesday, August 12, 2020, to file its response, if any, to Plaintiff's submissions; and

    WHEREAS, Defendant, by letter motion dated July 21, 2020, has requested a thirty (30) day extension of its deadline to file its response, to and including September 11, 2020, and Plaintiff has consented to same; accordingly,

It is hereby ORDERED that:

1. Defendant's July 21, 2020 letter motion for an extension of its deadline to file its response to Plaintiff's submission is GRANTED; and

2. Defendant shall serve Plaintiff's counsel and file with the Court its response, if any, to Plaintiff's submissions no later than Friday, September 11, 2020.

SO ORDERED.

DATED:   New York, New York
         July  21 , 2020

_____
STEWART D. AARON
United States Magistrate Judge