```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Moyal,

        Plaintiff,

-against-

Münsterland Gruppe GmbH & Co. KG d/b/a Original Antique Furniture,

        Defendant.

1:19-cv-04946 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

   Following remote oral argument held with the parties today, the Court hereby orders as follows: By no later than December 23, 2020, Plaintiff shall submit to the Court a schedule of its current inventory of relevant unsold furniture that indicates, for each unsold item, the date of Plaintiff's purchase of that item and the price Plaintiff paid for that item; Plaintiff may also submit supplemental briefing regarding expectation damages, discovery, or any other matter discussed during today's argument. Defendant shall respond by no later than January 6, 2021.

**SO ORDERED.**

DATED:  New York, New York
      December 2, 2020

_____
STEWART D. AARON
United States Magistrate Judge