USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Moyal,

                Plaintiff,

-against-

Münsterland Gruppe GmbH & Co. KG d/b/a Original Antique Furniture,

                Defendant.

1:19-cv-04946 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    No later than March 12, 2021, each of the parties shall file a letter setting forth the fair market value of the inventory that Plaintiff still has in its possession that was purchased pursuant to the subject distribution agreement (*see* ECF No. 91-7). In other words, the parties shall set forth the amount that an arm's length buyer would pay to purchase that inventory today. Plaintiff's letter shall include supporting evidence. Defendant's letter may include supporting evidence.

**SO ORDERED.**

DATED:    New York, New York
               February 19, 2021

_____
STEWART D. AARON
United States Magistrate Judge