UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Moyal,

                Plaintiff,

-against-

Münsterland Gruppe GmbH & Co. KG d/b/a Original Antique Furniture,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/2021

1:19-cv-04946 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    No later than Thursday, April 29, 2021, Defendant shall file a Reply in further support of its Motion to Dismiss or Stay (ECF No. 99), responding to the arguments made by Plaintiff in opposition (ECF No. 112). It is the Court's intention to rule on Mr. Smith's Motion to Withdraw as Attorney (ECF No. 109) after that Reply is filed.

SO ORDERED.

Dated:   New York, New York
             April 22, 2021

                                      /s/ Stewart D. Aaron
                                      STEWART D. AARON
                                      United States Magistrate Judge