**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

**David Moyal,**

                Plaintiff,

   -against-                              19 **CIVIL** 4946 (SDA)

# JUDGMENT

**Münsterland Gruppe GmbH & Co. KG d/b/a
Original Antique Furniture,**

                Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 17, 2021, Defendant's motion to dismiss is granted and Defendant's Counsel's motion to withdraw as counsel is granted; accordingly, this case is closed.

**Dated:** New York, New York
          May 18, 2021

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                         **Clerk of Court**
                                    **BY:**
                                                          **Deputy Clerk**